IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| vs. | : CRIMINAL NO.: 21-00112-CG |
| **JYDRICK LEON FRAZIER,** | : |
| Defendant. | : |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 28) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of the offense of possession of a firearm by a prohibited person (felon) in violation of Title 18, U.S.C., § 922(g)(1).

A sentencing hearing has been scheduled for **January 12, 2022, at 1:30 p.m.,** under separate order. The United States Marshal is **ORDERED** to produce the Defendant for said hearing.

**DONE and ORDERED** this the 12th day of October, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE